No. 16,257.

TAMBURELLI *v*. MENAPACE.
(217 P. [2d] 863)

Decided February 27, 1950.   Rehearing denied May 8, 1950.

PER CURIAM.

Judgment affirmed en banc without written opinion.

MR. JUSTICE JACKSON and MR. JUSTICE STONE dissent.

Mr. ROY A. PAYTON, for plaintiff in error.

Mr. NICHOLAS C. DAZZO, Mr. JOSEPH F. NIGRO, for defendant in error.